UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                      Petitioners,                  20 **CIVIL** 2194 (VEC)

      -against-                                  **JUDGMENT**

OGEE CONSTRUCTION LLC,
                      Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 25, 2020, the petition to confirm arbitration is granted and judgment is entered in Petitioners' favor in the amount of $62,929.83 plus 7.5% prejudgment interest from November 13, 2019, in the amount of $2,922.36, and an additional $1,326 for attorneys' fees and costs related to this action, and also post-judgment interest at the statutory rate, 28 U.S.C. § 1961, until the judgment is paid; accordingly, the case is closed.

**Dated**: New York, New York
         June 26, 2020

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court
                                     BY:
                                                         **Deputy Clerk**